[No. 28174-1-II.   Division Two.   April 9, 2003.]

ROBERT N. COCHRAN, ET AL., *Appellants*, v. GREAT WEST CASUALTY COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-05589-1, Bruce W. Cohoe, J., entered December 7, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Houghton, JJ. Now published at 116 Wn. App. 636.

[No. 28320-4-II.   Division Two.   April 9, 2003.]

SCOTT WOOD, ET AL., *Appellants*, v. THURSTON COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 01-2-01530-1, Wm. Thomas McPhee, J., entered January 17, 2002. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Bridgewater, JJ. Now published at 117 Wn. App. 22.

[No. 28640-8-II.   Division Two.   April 9, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. K.F.M., *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 99-8-00438-2, William G. Knebes, J. Pro Tem., entered April 10, 2002. *Reversed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Armstrong, JJ.

[No. 28715-3-II.   Division Two.   April 9, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCIS PATRICK CALHANE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-01837-2, Terry D. Sebring, J., entered April 16, 2002. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Armstrong, JJ.